71,460-04

Abel Acosta-Clerk                          3-19-15
C.C.A.
P.O. Box 12308, Capitol Station
Austin, Tx 78711

RE: Robert Brown III    WR-71,460-04

Dear Mr Acosta

Can you please send me a copy of the Court
docket sheet for my case? Also, the court remanded
my case back to the trial court on 1-14-15 & gave
them 60 days. I'm wondering if you can please let me
know if my 11.07 has been forwarded back to this court,
Thank you for your time & attn with this important issue,

Sincerely,

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 23 2015

Abel Acosta, Clerk